# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50012 - 1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | United States vs. James L. White | | |

**DOCKET ENTRY TEXT:**

The conditions of defendant's term of supervised release are modified as follows. The 12-month period of home confinement with electronic monitoring is suspended from August 16, 2008, through August 23, 2008, to permit defendant's participation in the Veterans Outdoor Challenge Program Boundary Waters Canoe Trip. All other terms of supervised release remain intact and defendant's 24-month period of supervised release is extended 8 days.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|